RECEIVED
IN ALEXANDRIA, LA.

MAR 2 1 2014

TONY R. MOORE, CLERK
BY _____
      DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| MARIE BERNADETTE ALEXANDER,<br>    Appellant | CIVIL ACTION NO.13-0081 |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| CAROLYN W. COLVIN, ACTING<br>COMMISSIONER OF SOCIAL SECURITY,<br>    Appellee | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the final decision of the Commissioner is AFFIRMED and Alexander's appeal is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 21st day of March 2014.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE